UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL MENZIES,

                  **Plaintiff**                                 19 Civ. 11235 (JGK)

   -against-                                              **SCHEDULING ORDER**

LONG ISLAND RAILROAD COMPANY,

                  **Defendant.**
------------------------------------------------------------X

**JOHN G. KOELTL, District Judge:**

      Pursuant to Fed.R.Civ.P. 16(b), after holding a conference in this matter on  May 11, 2020 , the Court hereby orders that:

**Pleadings and Parties:**  Except for good cause shown –

    1.    No additional parties may be joined or causes of action asserted after  June 15, 2020

    2.    No additional defenses may be asserted after  June 15 15, 2020

**Procedural Motions:**  Except for good cause shown, no procedural motions shall be filed or heard after     N/A

**Discovery.**  Except for good cause shown, all discovery shall be commenced in time to be completed by  8/14/2020 . The Court expects discovery to be completed within 60 days of the first scheduling conference unless, after the expiration of that 60 day period, all counsel stipulate that a additional time (not to exceed 60 more days) is needed to complete discovery.

**Dispositive Motions:*** Dispositive motions, if any, are to be served by    September 14, 2020

**Pre-Trial Order/Motions in Limine:***   A joint pre-trial order together with any motions in limine or motions to bifurcate shall be submitted by     September 30, 2020    .
The pre-trial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

**Trial:***  The parties shall be ready for trial on    48   hours notice on or after  October 13, 2020    .
The estimated trial time is      4       days, and this is a Jury      X        Non-Jury            trial.

**Mediation.**  Counsel for the parties have discussed the merits of mediation in regard to this action and wish to employ the free mediation services provided by this Court.
Yes_____     No_____

***Notes:**    In the event a **dispositive** motion is made, the dates for submitted the **Joint Pre-Trial Order** (together with Memorandum of Law, Requests to Charge, Proposed Voir Dire, Proposed Findings of Fact

and Conclusions of Law, as appropriate) shall be changed from that shown above to **four (4) weeks** from the decision on the motion. The **ready trial date** shall be adjourned to a date **four (4) weeks** after the decision on the dispositive motion. The final pretrial conference, if any, will be scheduled by the Deputy Clerk.

At any time **after the ready for trial date**, counsel must notify the Court and their adversaries in writing of any potential scheduling conflicts, including, but not limited to, trials and vacations, that would prevent a trial at a particular time. Such notice must come **before** counsel are notified by the Court of an **actual trial date, not after**. Counsel should notify the Court and all other counsel in writing, at the earliest possible time of any particular scheduling problems involving out-of-town witnesses or other exigencies.

**Other:**

| | |
|---|---|
| _____ | The case is referred to the Magistrate Judge for purposes of settlement (see attached Reference Order). |
| ___X___ | The parties will notify the Court by __August 14, 2020__ whether a reference to the Magistrate Judge would be useful for purposes of settlement and/or whether they consent to trial before the Magistrate Judge. The parties may communicate with the Court with respect to these matters by joint letter. |

SO ORDERED:

Dated: _____
       New York, New York

                                                    _____
                                                    John G. Koeltl
                                                    United States District Judge


Flynn & Wietzke, PC
Attorneys for Plaintiff
1205 Franklin Avenue
Garden City, NY 11530
(516) 877-1234

By: _____
    SEAN CONSTABLE


Krez & Flores, LLP
Attorneys for Defendant
225 Broadway, Suite 2800
New York, NY 10007

By: _____
    William Blumenschein, Esq.

*William Blumenschein by WTW w/ permission*