# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel:  (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

_____

Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA

February 12, 2021

Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10001

| |
|---|
| Application granted. |
| SO ORDERED |
| /s/ John G. Koeltl |
| February 16, 2021    John G. Koeltl |
| New York, NY           U.S.D.J. |

RE:  MICHAEL MENZIES V. LONG ISLAND RAILROAD COMPANY
    19 Civ. 11235 (JGK)(BCM)

Dear Judge Koeltl:

We are plaintiff's counsel in the above-entitled case and we write to respectfully
request a brief two week adjournment for filing the Joint Pre-trial Order and related
trial documents.  We just learned sadly that defense counsel's wife passed away this
morning.  Drafts of the documents have been exchanged but in light of the
circumstances we need additional time to finalize the submissions.  We thank the
Court for its consideration of this request.

Very truly yours,

Sean Constable

SC:EF
Cc:  William Blumenschein, Esq.
     Paul Krez, Esq.