UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL MENZIES,

                Plaintiff,

              19 civ 11235 (JGK)

    -against-

LONG ISLAND RAILROAD COMPANY,

                Defendant.
-------------------------------------------------------------X

**ORDER**

    A final pretrial conference will be held on **Tuesday, September 28, 2021, at 4:30pm.**

    **Trial in this matter will commence on Monday, October 4, 2021, at 9:00am.**

    **SO ORDERED.**

                                                            s/John G. Koeltl
                                                      **JOHN G. KOELTL**
                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        April 5, 2021