UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL MENZIES,
                Plaintiff,

                                                           19 civ 11235 (JGK)

      -against-

LONG ISLAND RAILROAD COMPANY,
                Defendant.
-------------------------------------------------------------X

## ORDER

Trial in this matter is **adjourned to Monday, January 10, 2022, at 9:00am,** subject to the determination by the calendaring committee of the Court.

**SO ORDERED.**

                                                              _____
                                                               JOHN G. KOELTL
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 1, 2021