```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
────────────────────────────────────────

**MICHAEL MENZIES,**

               Plaintiff,

    - against -

**LONG ISLAND RAILROAD COMPANY,**

               Defendant.

────────────────────────────────────────

19-cv-11235 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The final pre-trial conference is scheduled for January 6, 2022 at 4:30 p.m. The firm trial date is January 10, 2022 at 9:00 a.m. The Court will attempt to provide as much certainty as soon as possible with respect to whether a courtroom will be available for the trial on January 10, 2022. Just as the Court did with the last trial date, the Court will provide as much notice as possible.

**SO ORDERED.**

**Dated:**    New York, New York
            December 16, 2021

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                            United States District Judge