UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL MENZIES,

                Plaintiff,                       19 **CIVIL** 11235 (JGK)

        -against-                         **JUDGMENT**

LONG ISLAND RAILROAD COMPANY,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable John G. Koeltl, United States District Judge, Plaintiff Michael Menzies have judgment in the sum of $2,320,746 as against the defendant Long Island Railroad Company.

**DATED:** New York, New York
             January  18 , 2022

                                                                RUBY J. KRAJICK

So Ordered:                                          **Clerk of Court**

     */s/ J.G. Koeltl*               **BY:**   *K. Mango*
**U.S.D.J.**                                              **Deputy Clerk**